| | |
|---|---|
| 1 | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| 2 | Iman Lordgooei (SBN 251320) |
| 3 | imanlordgooei@quinnemanuel.com |
| | Jodie W. Cheng (SBN 292330) |
| 4 | jodiecheng@quinnemanuel.com |
| 5 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 50 California Street, 22nd Floor |
| 6 | San Francisco, CA 94111 |
| 7 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 8 | |
| 9 | *Attorneys for Plaintiff,* |
| | *Verkada, Inc.* |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERKADA, INC. | CASE NO. 5:21-cv-6858 |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MOTOROLA SOLUTIONS, INC.; AVIGILON CORPORATION; AVIGILON FORTRESS CORPORATION; AVIGILON PATENT HOLDING 1 CORPORATION; AND AVIGILON TECHNOLOGIES CORPORATION | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 6, 2021                    Respectfully Submitted,

By */s/ Sean S. Pak*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
Jodie W. Cheng (SBN 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff Verkada, Inc.*